ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant
Walmart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HO,<br><br>       Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., a Foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive,<br><br>       Defendants. | Case No.: 2:18-cv-01114-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONDUCT CERTAIN DISCOVERY OUTSIDE THE DISCOVERY PERIOD**<br><br>**[FIRST REQUEST]** |

Plaintiff, MARK HO (hereinafter "Plaintiff"), and Defendant, WAL-MART STORES, INC. (hereinafter "Defendant" or "Walmart"), by and through their respective counsel of record, do hereby stipulate to conduct certain discovery outside the discovery period. Specifically, the parties stipulate that **Defendant shall take the depositions of fact witnesses, ROBERT CUI and SUNSEARAE CUI on May 13th, 2019. If said witnesses are not available on said date, the depositions will be completed within one week thereof.**

Pursuant to Local Rule 2.25, the parties hereby aver that this is the first such discovery request to take certain depositions *outside* the discovery period.

. . .

. . .

## DISCOVERY COMPLETED TO DATE

- The parties conducted the FRCP 26(f) conference on July 11, 2018. As to serving their respective initial FRCP 26(a) disclosures and supplements thereto, please see the following:

  - Plaintiff served his initial disclosure statement on August 9th, 2018;

  - Plaintiff served his first supplemental disclosure statement on September 21st, 2018;

  - Plaintiff served his second supplemental disclosure statement on November 1st, 2018;

  - Plaintiff served his third supplemental disclosure statement on December 10th, 2018;

  - Plaintiff served his fourth supplemental disclosure statement on December 21st, 2018;

  - Plaintiff served his fifth supplemental disclosure statement on January 30th, 2019;

  - Plaintiff served his sixth supplemental disclosure statement on February 28th, 2019;

  - Plaintiff served his seventh supplemental disclosure statement on March 22nd, 2019;

  - Plaintiff served his eighth supplemental disclosure statement on April 9th, 2019;

  - Defendant served its initial disclosure statement on August 23rd, 2018;

  - Defendant served its first supplemental disclosure statement on November 28th, 2018;

  - Defendant served its second supplemental disclosure statement on February 1st, 2019;

  - Defendant served its third supplemental disclosure statement on February 4th, 2019;

  - Defendant served its fourth supplemental disclosure statement on February 15th, 2019;

  - Defendant served its fifth supplemental disclosure statement on March 13th, 2019; and

  - Defendant served its sixth supplemental disclosure statement on April 8th, 2019.

- Plaintiff served Defendant with an initial set of Requests for Production, Interrogatories and Requests for Admissions on August 1st, 2018. Defendant submitted responses to said written discovery on October 22nd, 2018 and October 23rd, 2018, respectively;

- Defendant served Plaintiff with initial set of Requests for Production, Interrogatories and Requests for Admissions on November 5th, 2018. Plaintiff served responses to said written discovery on December 10, 2018;

- Defendant took Plaintiff's deposition on February 15th, 2019;

- Defendant took the deposition of fact witness Sonia Medina on April 12th, 2019; and

- Plaintiff took Walmart's 30(b)(6) deposition on April 22nd, 2019.

## DISCOVERY TO BE COMPLETED AND REASONS TO CONDUCT DISCOVERY

Discovery to be completed includes:

- Depositions of fact witnesses ROBERT CUI on May 13th, 2019, and SUNSEARAE LEHUA CUI on May 13th, 2019;

The parties aver that good cause exists for the request pursuant to Local Rule 2.25. Defendant represents to the Court that fact witnesses Robert and Sunsearae Cui were properly noticed for deposition on April 12, 2019. Due to unforeseen circumstances, Mr. Cui and Ms. Cui could not appear and agreed to be deposed at a later date agreed upon by the parties. In order to avoid lengthy motion practice re-opening discovery to take said depositions, the parties have agreed to notice and conduct the depositions of Mr. and Ms. Cui on May 13th, 2019. The parties aver that the requested discovery is not to delay litigation, but instead allow Plaintiff and Defendant to litigate fairly and avoid any possibility of objection(s) or Court intervention. The parties aver that the above-referenced depositions are the last discovery efforts to be completed prior to the filing of dispositive motions on May 19, 2019.

## CURRENT UPCOMING DISCOVERY DEADLINES

**Discovery Cut-Off Date** . . . . . **April 18, 2019**

**Dispositive Motion Deadline** . . . . **May 19, 2019**

**Proposed Joint Pre-Trial Order** . . . . **June 18, 2019**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1    If this request is granted, all anticipated additional discovery should be concluded in a timely

2    manner. The parties aver that this request for discovery is made by the parties in good faith and not for

3    the purpose of delay.

4

5    DATED this 25 day of April, 2019.                    DATED this 25 day of April, 2019.

6

7    /s/ Joel S. Hengstler                                 /s/ Timothy D. Kuhls

     MICHAEL C. KANE, ESQ.                                 ROBERT K. PHILLIPS, ESQ.
8    Nevada Bar No. 10096                                  Nevada Bar No. 11441
     BRADLEY J. MYERS                                      TIMOTHY D. KUHLS, ESQ.
9    Nevada Bar No. 8857                                   Nevada Bar No. 13362
     JOEL S. HENGSTLER, ESQ.                               PHILLIPS SPALLAS & ANGSTADT LLC
10   Nevada Bar No. 11597                                  504 South Ninth Street
     THE702FIRM                                            Las Vegas, Nevada 89101
11   400 S. 7th Street, Suite 400
     Las Vegas, NV 89101
12                                                         Attorneys for Defendant
                                                           Walmart Stores, Inc.
13   Attorneys for Plaintiff
     Mark Ho

14

15        IT IS SO ORDERED:

16        _____

          UNITED STATES MAGISTRATE JUDGE
17

18        DATED:  4-25-2019
                 _____

19

20

21

22

23

24

25

26

27

28